

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES XAVIER JACKSON and TREVON BARKER | No. 1:25-cr-00730<br>Judge Thomas M. Durkin<br>Magistrate Judge Heather K. McShain<br>RANDOM / Cat. 4<br><br>Violation: Title 18, United States Code, Section 371<br><br>**UNDER SEAL** |

The SPECIAL APRIL 2025 GRAND JURY charges:

1. At all times material to this Indictment:

    a. Federal law required that a firearms dealer engaged in the business of dealing in firearms be licensed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF");

    b. In connection with an individual's purchase of a firearm from a federal firearms licensee ("FFL"), the transferee/buyer was required to complete an ATF Form 4473 Firearms Transaction Record, which required the transferee/buyer to, among other things, provide information concerning the transferee's/buyer's name, age, and place of residence and certify that the transferee/buyer was the actual transferee/buyer of the purchased firearm;

    c. An individual known as a "straw purchaser" was one who, when purchasing a firearm from an FFL, falsely certified on an ATF Form 4473 Firearms Transaction Record that the individual was the actual transferee/buyer of the firearm, when, in fact, the individual bought the firearm on behalf of someone else;

   d. Defendant CHARLES XAVIER JACKSON was a resident of Texas. JACKSON did not possess an ATF license to engage in the business of dealing in firearms; and

   e. Defendant TREVON BARKER was a resident of Illinois. BARKER did not possess an ATF license to engage in the business of dealing in firearms.

  2. Beginning in or around June 2020, and continuing until in or around December 2020, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHARLES XAVIER JACKSON and<br>
TREVON BARKER,

defendants herein, did conspire with each other and others known and unknown to the grand jury to:

   a. not being a licensed firearms dealer, manufacturer, importer, or collector within the meaning of Chapter 44, Title 18, United States Code, willfully transfer, sell, give, transport, and deliver a firearm to another individual, including TREVON BARKER, who the transferor knew and had reasonable cause to believe did not reside in the state in which the transferor resided, in violation of Title 18, United States Code, Section 922(a)(5); and

   b. knowingly make any false and fictitious oral and written statement and to furnish and exhibit any false, fictitious, and misrepresented identification in connection with the acquisition and attempted acquisition of a firearm and ammunition from a licensed dealer that was intended and likely to deceive the licensed dealer with respect to any fact material to the lawfulness of the

sale and other disposition of such firearm and ammunition, in violation of Title 18, United States Code, Section 922(a)(6).

3. It was part of the conspiracy that CHARLES XAVIER JACKSON acted as a "straw purchaser" for TREVON BARKER and others, in that, at the request of BARKER and others, JACKSON would purchase a firearm at an FFL in Texas on behalf of BARKER and others but falsely represent on the ATF Form 4473 Firearms Transaction Record that JACKSON was the actual transferee/buyer of the purchased firearm.

4. It was further part of the conspiracy that CHARLES XAVIER JACKSON, a resident of Texas, would provide the firearms he purchased in Texas to residents of Illinois, including BARKER.

5. It was further part of the conspiracy that CHARLES XAVIER JACKSON and TREVON BARKER did conceal and hide, and caused to be concealed and hidden, the existence of and acts done in furtherance of the conspiracy.

### Overt Acts

6. In furtherance of the conspiracy and to accomplish the objectives of the conspiracy, defendants and their co-conspirators committed one or more overt acts in the Northern District of Illinois, and elsewhere, which overt acts included but were not limited to the following:

    a. On or about July 10, 2020, CHARLES XAVIER JACKSON completed an ATF Form 4473 Firearms Transaction Record in connection with the

purchase of a Glock 43X 9mm semiautomatic pistol, bearing serial number BPHH926, from an FFL located in Copperas Cove, Texas.

b. On or about July 10, 2020, in Copperas Cove, Texas, CHARLES XAVIER JACKSON obtained a firearm, namely, a Glock 43X 9mm semiautomatic pistol, bearing serial number BPHH926, from an FFL located in Copperas Cove, Texas.

c. On or about November 30, 2020, in or around Chicago, Illinois, TREVON BARKER, using an electronic payment application, sent a payment of approximately $630 to CHARLES XAVIER JACKSON.

d. On or about November 30, 2020, CHARLES XAVIER JACKSON completed an ATF Form 4473 Firearms Transaction Record in connection with the purchase of a Glock 45 9mm semiautomatic pistol, bearing serial number BNTT395, from an FFL located in Copperas Cove, Texas.

e. On or about November 30, 2020, in Copperas Cove, Texas, CHARLES XAVIER JACKSON obtained a firearm, namely, a Glock 45 9mm semiautomatic pistol, bearing serial number BNTT395, from an FFL located in Copperas Cove, Texas.

f. On or about December 2, 2020, CHARLES XAVIER JACKSON completed an ATF Form 4473 Firearms Transaction Record in connection with the purchase of a Glock 43 9mm semiautomatic pistol, bearing serial number ADWG248, from an FFL located in Copperas Cove, Texas.

g. On or about December 2, 2020, in Copperas Cove, Texas, CHARLES XAVIER JACKSON obtained a firearm, namely, a Glock 43 9mm semiautomatic pistol, bearing serial number ADWG248, from an FFL located in Copperas Cove, Texas.

h. On or about December 3, 2020, CHARLES XAVIER JACKSON completed an ATF Form 4473 Firearms Transaction Record in connection with the purchase of a Glock 27 .40 caliber semiautomatic pistol, bearing serial number BRGU056, from an FFL located in Copperas Cove, Texas.

i. On or about December 3, 2020, in Copperas Cove, Texas, CHARLES XAVIER JACKSON obtained a firearm, namely, a Glock Model 27, .40 caliber semiautomatic pistol bearing serial number BRGU056 from an FFL located in Copperas Cove, Texas.

j. On or about December 22, 2020, in or around Chicago, Illinois, TREVON BARKER, using an electronic payment application, sent a payment of approximately $700 to CHARLES XAVIER JACKSON.

k. On or about December 22, 2020, CHARLES XAVIER JACKSON completed an ATF Form 4473 Firearms Transaction Record in connection with the purchase of a Glock Model 19 9mm semiautomatic pistol, bearing serial number BPZY757, from an FFL located in Killeen, Texas.

l. On or about December 22, 2020, in Copperas Cove, Texas, CHARLES XAVIER JACKSON obtained a firearm, namely, a Glock 19 9mm

semiautomatic pistol, bearing serial number BPZY757, from an FFL located in Killeen, Texas.

In violation of Title 18, United States Code, Section 371.

## **FORFEITURE ALLEGATION**

The SPECIAL APRIL 2025 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 371, as set forth in this Indictment, defendants shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock 43X 9mm semiautomatic pistol, bearing serial number BPHH926; a Glock 45 9mm semiautomatic pistol, bearing serial number BNTT395; a Glock 43 9mm semiautomatic pistol, bearing serial number ADWG248; a Glock 27 .40 caliber semiautomatic pistol, bearing serial number BRGU056; a Glock 19 9mm semiautomatic pistol, bearing serial number BPZY757; and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY